IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN<br>HECTOR MANUEL ROSARIO MONTES<br><br>Debtor(s) | CASE NO. 13-02694  ESL<br><br>CHAPTER  13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

Comes now creditor, CONDADO 3, LLC.  hereinafter [ CONDADO 3  ] represented by the undersigned counsel and respectfully Alleges, States and Prays:

1. The appearing creditor wishes to be notified of all pertinent documents and notices in the instant proceeding through the undersigned counsel at the address of record:

    **PMB 181, PO BOX 4952, Caguas PR, 00726**.

   **WHEREFORE,** it is respectfully requested of this Honorable Court that an Order be entered including creditor herein in the Master Address List, so as to permit future notices be addressed to BSPR, through the undersigned counsel at the address of record.

**I HEREBY CERTIFY:**  that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:  Attorney for Debtor, Chapter 13 Trustee José R. Carrión Morales, Esq., US Trustee Monsita Lecároz Arribas Esq., and to all those who in this case have registered for receipt of notice by electronic mail.

**RESPECTFULLY SUBMITTED:**

   In Caguas, Puerto Rico, this 11 day of August, 2016.

/s/Isayra Bagué Díaz, Esq.
USDC 225114
PMB 181
PO  Box  4952
Caguas  PR   00726
Tel: 787-536-6719
E-mail: ibdiazlaw@gmail.com