IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| HECTOR MANUEL ROSARIO MONTES | CASE NO. 13-02694 ESL<br>Chapter 13 |
| XXX-XX-0442 | |
| | **FILED & ENTERED ON 5/9/2018** |
| **Debtor** | |

### ORDER

Upon debtor's reply (see docket entry #41), the motion to dismiss filed by Money Express, docket entry #40 is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 09 day of May, 2018.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge